# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Ron Morris

_____,

**Plaintiff(s),**

vs.

Randall S. Knutson General Chairman & Associates
SMart transportation utu
_____,

**Defendant(s).**

**RECEIVED**

MAR 0 7 2016
3-7-16
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Case No.

1:16-cv-2889
Judge Gary Feinerman
Magistrate Judge Michael T. Mason

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Ron De Morris_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, **Randall S. Knutson General Chairman Smart trans utu**, is
    (name, badge number if known)

    ☐ an officer or official employed by **Smart transportation utu**  ;
    (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

✗   The municipality, township or county under whose authority defendant officer or official

    acted is _____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

✗   On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _____

    _____, in the County of _____,

    State of Illinois, at _____,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☐   used excessive force upon plaintiff;
    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☐   conspired together to violate one or more of plaintiff's civil rights;
    ☒   Other: **Intentionally Presented information to arbitrator to to make it impossible to be awarded my Job, Fraudulently**

2

[X] Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): The Information presented was false, defendant was aware of _____.

[X] Plaintiff was charged with one or more crimes, specifically:

_____

[X] (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____.

☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I was dismissed from my Job smart transportation utu general Chairman Randall S. Knutson Represented me during the Arbitration Process Prior to the Arbitration I Presented his office with alot of documentation that supported my defense against the company, those documents were not considered which was very evident in the submissions given to the Arbitrator, which gave him a reason to side with the company and not returning me to work During this time I had been misled, Information was withheld from me, I Received submission letter only after decision by Arbitrator was made, approx 9/15 and other information late last year of 2015.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

loss of Apartment, financial Stability, on the verge of losing my Parental Rights because of financial situation, Car Repossessed, Complete Financial Ruin, sold possessions at a fraction of value because of situation, Emotional stress, anguish

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

   **WHEREFORE,** plaintiff asks for the following relief:

   A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: Ron Morris

   Plaintiff's name *(print clearly or type)*: Ron Morris

   Plaintiff's mailing address: 19625 S Lake Park Dr

   City: Lynwood    State: ILL    ZIP: 60411

   Plaintiff's telephone number: (708) 200 1204

   Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. [X] Yes ☐ No

   *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*