3/7/2016

Your Honor

1:16-cv-2889
Judge Gary Feinerman
Magistrate Judge Michael T. Mason

MR

I would like these individuals considered as possible defendants, pending advice from an attorney

1.) Vice General Chairman Smart transportation U.T.U.
Scott Anderson
Misrepresentation, Fraud

RECEIVED
MAR 07 2016
3-7-16
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

2.) Ex BNSF Engineer Jerome Jones Jr.
Co worker on day of Incident 3/7/2013
Conspired with management to give false testimony against me to save his self, in doing so gave management ammunition to use against me to justify dismissing me.

With my claims I have factual evidence against both parties listed, and legal consultation will give me an idea of what additional actions should be taken, thanks for being understanding.

Sincerely Ron Mains