# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Morris v. Knutson

Case Number: 1:16-CV-2889

An appearance is hereby filed by the undersigned as attorney for:
Randall Knutson, Defendant

Attorney name (type or print): Kevin Brodar

Firm: SMART Transportation Division

Street address: 24950 Country Club Blvd. Ste. 340

City/State/Zip: North Olmsted, OH 44070

Bar ID Number: 15559
(See item 3 in instructions)

Telephone Number: 216-228-9400

Email Address: kbrodar@smart-union.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 5, 2016

Attorney signature: S/ Kevin Brodar
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015